UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-222-1FL
No. 5:17-CR-222-2FL
No. 5:17-CR-222-4FL
No. 5:17-CR-222-5FL
No. 5:17-CR-222-6FL
No. 5:17-CR-222-7FL
No. 5:17-CR-222-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| TRUNG HUYNH, ) | |
| CAMY LAN NGUYEN, ) | |
| THUY NGUYEN, ) | |
| WING NIE, ) | |
| LINCOLN PHAM, ) | |
| DUNG MINH VO, ) | |
| NGOC HONG VO. ) | |
| _____) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 113 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 15th day of November, 2017.

LOUISE W. FLANAGAN
United States District Judge